1  Clark J. Burnham, State Bar No. 041792
   Andrew R. Shalauta, State Bar No. 186821
2  Michelle M. Meyers, State Bar No. 236387
   BURNHAM BROWN
3  A Professional Law Corporation
   P.O. Box 119
4  Oakland, California 94604

5  1901 Harrison Street, 11th Floor
   Oakland, California  94612
6  Telephone:     (510) 444-6800
   Facsimile:     (510) 835-6666
7
   Attorneys for Plaintiff
8  LINCOLN GENERAL INSURANCE COMPANY

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11 LINCOLN GENERAL INSURANCE          No.  06-CV-01143-OWW-SMS
   COMPANY,
12                                    **STIPULATION FOR PROTECTIVE**
                 Plaintiff,           **ORDER FOR CONFIDENTIALITY OF**
13 v.                                 **DOCUMENTS**

14 GATEWAY SECURITY SERVICES, INC.    Complaint Filed:  August 28, 2006
   DBA HUGHES TOWING AND AUTO         Trial Date:  December 4, 2007
15 WRECKING; DEBRAH HUGHES;
   DONALD HUGHES; RAMON DEVINE;
16 LUCINDA DEVINE, and ROES 1-10,

17               Defendants.

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

STIPULATION FOR PROTECTIVE ORDER            No. 06-CV-01143-OWW-SMS
FOR CONFIDENTIALITY OF DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY STIPULATED AND AGREED upon by the parties hereto, by and

2    through their respective attorneys of record, to the following Protective Order (the "Order"):

3    1.    The term "DOCUMENT(S)" means "documents" as defined in Federal Rule of

4    Civil Procedure 34(a).

5    2.    A DOCUMENT is CONFIDENTIAL if it contains or comprises:

6         a.    a trade secret;

7         b.    proprietary information;

8         c.    confidential information; or,

9         d.    personal information relating to any individual or group of individuals.

10    3.    CONFIDENTIAL DOCUMENTS include, but are not limited to, those

11    documents containing information that relates to business processes, business operations,

12    underwriting guidelines and procedures, underwriting processes, claims handling guidelines and

13    procedures, claims handling processes, Department of Insurance complaints and investigations,

14    inventories, product lines, business contracts, or, to production, sales, payroll, marketing,

15    financial and tax information, or, to personnel files, manuals and handbooks, or, to identification

16    of employees, customers, clients, beneficiaries and attorneys, or, to the amount or source of any

17    income, profits, losses, and expenditures of any persons, firm, partnership, corporation, or other

18    organization.

19    4.    CONFIDENTIAL MATERIAL, as referred to in this Order, means a

20    CONFIDENTIAL DOCUMENT or any information derived therefrom.

21    5.    DOCUMENTS and other things claimed to be CONFIDENTIAL or to contain

22    CONFIDENTIAL MATERIAL shall, prior to production, be marked by the producing party as

23    **"CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER."**  Placement of the

24    "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" designation on each protected

25    DOCUMENT, or on the initial page of a protected DOCUMENT when it is produced shall

26    constitute notice and shall designate the DOCUMENT as CONFIDENTIAL and subject to this

27    Order.  Copies, extracts, summaries, notes, and other derivatives of CONFIDENTIAL

28    / / /

2

STIPULATION FOR PROTECTIVE ORDER                    No. 06-CV-01143-OWW-SMS
FOR CONFIDENTIALITY OF DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

1  DOCUMENTS also shall be deemed CONFIDENTIAL and shall be subject to the provisions of

2  this Order.

3      6.      DOCUMENTS produced in this litigation that are not identified as

4  CONFIDENTIAL when they were initially produced may within a reasonable time thereafter be

5  designated as CONFIDENTIAL by the producing party, or by the party or parties receiving the

6  production, by providing written notice to counsel for all other parties.  Each party or person

7  who receives such written notice shall endeavor to retrieve any CONFIDENTIAL

8  DOCUMENTS and CONFIDENTIAL MATERIAL that may have been disseminated, shall

9  affix a "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" designation to it, and shall

10  distribute it only as allowed by this Order.  No distribution prior to the receipt of such written

11  notice shall be deemed a violation of this Order.

12      7.      Any party may contest the designation of any DOCUMENT as CONFIDENTIAL

13  before the court, a court-appointed referee, or, an arbitrator agreed upon by the parties.

14      8.      This Order does not compel the production of any documents or materials that a

15  party is not required to produce under applicable federal law or California state law.  The parties

16  reserve all rights to object to the production of CONFIDENTIAL DOCUMENTS and

17  CONFIDENTIAL MATERIAL as provided under applicable federal law and California state

18  law.  Accordingly, any party may contest the production of any CONFIDENTIAL DOCUMENT

19  or CONFIDENTIAL MATERIAL under applicable California state law and federal law,

20  including, but not limited to the Federal Rules of Civil Procedure.

21      9.      No CONFIDENTIAL DOCUMENT and CONFIDENTIAL MATERIAL shall be

22  disclosed to any person or entity except as provided under this Order.

23      10.      TESTIMONY taken at deposition, conference, hearing or trial may be designated

24  as CONFIDENTIAL where an attorney for a party makes a statement to that effect on the record

25  at the deposition or other proceeding.  If such a statement is made declaring the testimony

26  CONFIDENTIAL, then all provisions of this Order shall apply to such testimony and

27  information until the court rules that such testimony and information is not CONFIDENTIAL.

28  / / /

3

STIPULATION FOR PROTECTIVE ORDER                    No. 06-CV-01143-OWW-SMS
FOR CONFIDENTIALITY OF DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

11. DOCUMENTS designated as CONFIDENTIAL under this Order, and any summaries, copies, abstracts, or other CONFIDENTIAL information derived therefrom, in whole or in part, shall be used only for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.

12. Absent a court order, CONFIDENTIAL DOCUMENTS and CONFIDENTIAL MATERIAL produced pursuant to this Order may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical, and secretarial staff of such counsel to whom it is reasonably necessary to disclose the information), and to the "QUALIFIED PERSONS" designated below:

   a. a party, or an officer, director, or employee of a party deemed necessary by counsel to aid in the prosecution, defense, or settlement of this action;

   b. experts or consultants (including their clerical staff to whom it is reasonably necessary to disclose the information) retained by such counsel to assist in the prosecution, defense, or settlement of this action;

   c. court reporters employed in this action;

   d. a witness at any deposition or other proceeding in this action; and

   e. any other person as to whom the parties agree in writing.

13. Prior to receiving any CONFIDENTIAL DOCUMENT or CONFIDENTIAL MATERIAL, each QUALIFIED PERSON shall be provided a copy of this Order and shall execute a non-disclosure agreement in the form of Attachment A.

14. Depositions shall be taken only in the presence of QUALIFIED PERSONS.

15. Nothing herein shall impose any restrictions on a party from disclosing its own CONFIDENTIAL DOCUMENT or CONFIDENTIAL MATERIAL as it deems appropriate.

16. Any CONFIDENTIAL DOCUMENT, or any document containing CONFIDENTIAL MATERIAL, that is filed or lodged with the Court shall be labeled "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" and governed by the terms of this Protective Order.

/ / /

4

PDF created with pdfFactory trial version www.pdffactory.com

17.     If any CONFIDENTIAL DOCUMENT or CONFIDENTIAL MATERIAL is used in any court proceeding, the party using said document or material shall take all reasonable steps to maintain its confidentiality during such use.  However, designation of materials as CONFIDENTIAL shall not act to bar its use as evidence at trial, where the use of such materials shall be controlled by the rules of evidence.

18.     This Order shall be without prejudice to the right of any party to bring before the Court at any time the question of whether any particular document or information is CONFIDENTIAL or whether its use should be restricted.

19.     Nothing contained in this Order shall be construed as creating an obligation on the producing party to disclose any CONFIDENTIAL information in excess of the obligations imposed by the Federal Rules of Civil Procedure and applicable California state law.  The parties reserve all rights under the Federal Rules of Civil Procedure, and applicable California state law, to withhold and to refuse to produce documents, things, or information, based on grounds that the documents, things, or information contain or concern trade secrets, proprietary information, confidential information, or, personal information relating to any individual or group of individuals.

20.     Unless all parties stipulate otherwise, evidence of the existence or nonexistence of this Order or a designation under this Order shall not be made in the presence of the jury during trial in this matter.  The designation of documents or information as CONFIDENTIAL shall not be construed as a concession by the producing party that such document or information is relevant, admissible, or material to any issue, or by a receiving party that such information is, in fact, confidential information.  Furthermore, nothing contained herein shall preclude the parties or a person from raising any available objection to the admissibility of any CONFIDENTIAL DOCUMENT or CONFIDENTIAL MATERIAL, or seeking any available protection with respect to any CONFIDENTIAL DOCUMENT or CONFIDENTIAL MATERIAL, including but not limited to, the grounds of admissibility of evidence, materiality, and privilege.

21.     Nothing in the production of any information or documents under the terms of this Order shall be deemed to be an admission or waiver by any party.

STIPULATION FOR PROTECTIVE ORDER
FOR CONFIDENTIALITY OF DOCUMENTS

No. 06-CV-01143-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

22.    This Order may be modified by further written stipulation signed by counsel for all parties and approved by the Court and/or by further order of the Court.  This Order is entered into without prejudice to the rights of any party to apply to the Court at any time for additional protection in the Order, or to modify or rescind the Order, or to determine whether a particular person or entity shall be entitled to receive any particular CONFIDENTIAL DOCUMENT or CONFIDENTIAL MATERIAL.

23.    Within thirty (30) days of the final termination of this litigation by judgment, appeal, settlement, or otherwise, or sooner if so ordered by the Court, counsel for each party shall return to the counsel for the producing party all CONFIDENTIAL DOCUMENT(S) and not retain any copies of same.  The CONFIDENTIAL DOCUMENT(S) shall be accompanied by a certification verifying that all such documents are being returned to the producing party and that no copies of such documents have been retained by the returning party.

IT IS SO STIPULATED.

DATED:  June _____, 2007          BURNHAM BROWN


_____
ANDREW R. SHALAUTA
Attorneys for Plaintiff
LINCOLN GENERAL INSURANCE COMPANY

DATED:  June _____, 2007          THE DUNNION LAW FIRM


_____
TODD D. REEVES
Attorneys for Defendants
RAMON DEVINE and LUCINDA DEVINE

DATED:  January ___, 2007          WILKINS, DROLSHAGEN & CZESHINSKI


By_____
   ALYSON BERG
   Attorneys for Defendants
   GATEWAY SECURITIES SERVICES, INC.
   DBA HUGHES TOWING AND AUTO
   WRECKING; DONALD HUGHES; DEBRAH
   HUGHES

806656

STIPULATION FOR PROTECTIVE ORDER
FOR CONFIDENTIALITY OF DOCUMENTS

No. 06-CV-01143-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1 **BY ORDER OF THE COURT:**

2          GOOD CAUSE APPEARING, the Stipulation for Protective Order for Confidentiality of

3 Documents is adopted by Order of the Court as the means by which confidential documents,

4 materials and things shall be treated by all parties to the action.

5

6 DATED: June 27, 2007

7                              ____/s/ Oliver W. Wanger_____

8                              THE HONORABLE OLIVER W. WANGER
                             DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

STIPULATION FOR PROTECTIVE ORDER                                    No. 06-CV-01143-OWW-SMS
FOR CONFIDENTIALITY OF DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

1

**Attachment A**

2

**NON-DISCLOSURE AGREEMENT**

3        I, _____, do solemnly swear that I am fully familiar with the terms of

the Stipulation for Protective Order for Confidentiality of Documents entered in *Lincoln*

4

*General Insurance Company v. Gateway Security Services, Inc., dba Hughes Towing And*

5

*Auto Wrecking, et al.* in the **Eastern District of United States District Court** for California**,**

6

7        Case No. 06-CV-01143-0WW**,** and I hereby agree to comply with and be bound by the terms

8        and conditions of said Order unless and until modified by further Order of this Court.  I agree

9        not to disclose any documents or information that have been designated as "**CONFIDENTIAL-**

10        **SUBJECT TO PROTECTIVE ORDER**" under said Order to any person or entity not

11        authorized under said Order to view Confidential Document(s) or Confidential Material.  I

12        hereby consent to the jurisdiction of said Court for purposes of enforcing this Order.

13        I declare under penalty of perjury that the foregoing is true and correct.

14        Executed this ____ day of _____, 2007.

15

16                                                          _____

17                                                          Name

18                                                          _____

19                                                          Address

20                                                          _____

21                                                          Employer

22                                                          _____

23                                                          Job Title

24

25

26

27

28

8

STIPULATION FOR PROTECTIVE ORDER                    No. 06-CV-01143-OWW-SMS
FOR CONFIDENTIALITY OF DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com