James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, California 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants, GATEWAY SECURITIES SERVICES, INC. dba HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES, as an individual; DONALD HUGHES, as an individual

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY SECURITIES SERVICES, INC. dba HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES, as an individual; DONALD HUGHES, as an individual; RAMON DEVINE, as an individual; LUCINDA DEVINE, as an individual; and ROES 1-10<br><br>Defendants. | CASE NO. 1:06-CV-01143-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL CONFERENCE** |

The following Stipulation is entered into between Plaintiff, LINCOLN GENERAL INSURANCE COMPANY by and through its counsel of record, Burnham Brown, Defendants, GATEWAY SECURITIES SERVICES, INC. dba HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES, DONALD HUGHES, by and through their counsel of record, Wilkins, Drolshagen & Czeshinski, LLP and Defendants RAMON DEVINE and LUCINDA DEVINE, by and through their counsel of record, The Dunnion Law Firm. The parties to the above-entitled action, by and through their respective counsel of record hereby agree and stipulation as follows:

///

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

1  Whereas the original Pretrial Conference and Trial dates were as follows:

2  Pretrial Conference:   October 29, 2007

3  Trial:   December 4, 2007.

4  Whereas the parties agree that a continuance of the Pretrial Conference and Trial dates is

5  appropriate and necessary.

6  Whereas the parties jointly agree to continue the Pretrial Conference and Trial dates as

7  follows:

8  Pretrial Conference:   December 10, 2007

9  Trial:   February 5, 2008

10  Dated: October __, 2007.

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By: _____
James H. Wilkins
Alyson A. Berg
Attorneys for Defendants GATEWAY SECURITIES SERVICES, INC. dba HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES and DONALD HUGHES

17  Dated: October __, 2007.

BURNHAM BROWN

By: _____
Andrew R. Shalauta
Attorneys for Plaintiffs LINCOLN GENERAL INSURANCE COMPANY

Dated: October __, 2007.

THE DUNNION LAW FIRM

By: _____
Todd Darryl Reeves
Attorneys for Defendant RAMON DEVINE and LUCINDA DEVINE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

**ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause, hereby issues an order continuing the following dates in this matter:

Pretrial Conference:    December 10, 2007

Trial:    February 5, 2008

IT IS SO ORDERED.

**Dated:   October 25, 2007**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 3 -