**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE CO.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GATEWAY SECURITY SERVICES, INC., et al.,<br><br>　　　　Defendants. | 1:06-cv-01143 OWW SMS<br><br>AMENDMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW (DOC. 121.) |

　　The Findings of Fact and Conclusions of Law entered September 30, 2008 (Doc. 121) are amended by deleting "Defendant" at page 25, line 5 and replacing it with "Plaintiff."

SO ORDERED.

DATED: October 9, 2008

　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　Oliver W. Wanger
　　　　　　　　　　　　　　　United States District Judge