Clark J. Burnham, CASB# 041792
Andrew R. Shalauta, CASB# 186821
Michelle M. Meyers, CASB# 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666
Email:  cburnham@burnhambrown.com
        ashalauta@burnhambrown.com
        mmeyers@burnhambrown.com

Attorneys for Plaintiff
LINCOLN GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>GATEWAY SECURITY SERVICES, INC. DBA HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES, as an individual; DONALD HUGHES, as an individual; RAMON DEVINE, as an individual; LUCINDA DEVINE, as an individual; and ROES 1-10,<br><br>              Defendants. | No.  06-CV-01143-OWW-SMS<br><br>**JUDGMENT**<br><br><br><br><br><br><br>Complaint Filed: August 28, 2006<br>Trial Date: March 4, 2008 |

This matter was tried before the Court on March 4, 2008, before the Honorable Oliver W. Wanger.  The Court issued Findings of Fact and Conclusions of Law on September 30, 2008 (Document no. 121).

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED:

That Plaintiff Lincoln General Insurance Company (hereinafter "Lincoln General") has no duty to indemnify the claims alleged in Ramon Devine, et al., v. Deborah Hughes, et al., Kings County Superior Court, Case no. 06C0015 (hereinafter "Devine v. Hughes Action") under

PDF created with pdfFactory trial version www.pdffactory.com

Business Auto Coverage Policy No. LTP101263-02 effective May 11, 2005 to May 11, 2006 (hereinafter "Lincoln General Policy");

That Lincoln General never had a duty to indemnify the claims alleged in the <u>Devine v. Hughes</u> Action under the Lincoln General Policy;

That Lincoln General has no duty to pay the stipulated judgment entered in the <u>Devine v. Hughes</u> Action on or about April 11, 2007 for $1,100,000, under the Lincoln General Policy;

That Lincoln General has no duty to indemnify GATEWAY SECURITY SERVICES, INC. DBA HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES; DONALD HUGHES or any other insureds or purported insureds, with respect to the <u>Devine v. Hughes</u> Action under the Lincoln General Policy;

That Lincoln General has no duty to pay the stipulated judgment entered in the <u>Devine v. Hughes</u> Action on or about April 11, 2007 for $1,100,000 on behalf of the insureds to RAMON DEVINE or LUCINDA DEVINE;

That Lincoln General has no duty to pay the stipulated judgment entered in the <u>Devine v. Hughes</u> Action on or about April 11, 2007 for $1,100,000 on behalf of the insureds to any other individual, entity, or alleged judgment creditor;

That defendants GATEWAY SECURITY SERVICES, INC. DBA HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES, DONALD HUGHES, RAMON DEVINE, and LUCINDA DEVINE take nothing by this action;

That costs are awarded to Lincoln General; and,

That JUDGMENT is entered in favor of Lincoln General, and against defendants GATEWAY SECURITY SERVICES, INC. DBA HUGHES TOWING AND AUTO WRECKING; DEBRAH HUGHES, DONALD HUGHES, RAMON DEVINE, and LUCINDA DEVINE.

DATED:  October 29, 2008

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com